UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| JAIME GOMEZ, | : | 99-CR-1048-2 (DC) |
| | | 16-CV-5584 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On July 13, 2016, defendant Jaime Gomez filed a motion to vacate under 28 U.S.C. § 2255 ("Motion").  Dkt. No. 187.  On December 21, 2016, this Court closed this case and transferred the Motion to the United States Court of Appeals for the Second Circuit.  Dkt. No. 189.  On November 4, 2020, the United States Court of Appeals for the Second Circuit granted Mr. Gomez's motion for leave to file a successive motion under 28 U.S.C. § 2255.  Dkt. No. 224.  Accordingly, it is HEREBY ORDERED:

(1) This case is hereby reopened under the civil docket number (16-cv-5584) and Mr. Gomez's Motion is accepted as a successive 28 U.S.C. § 2255 motion;

(2) The Government shall respond to the Motion by Thursday, December 10, 2020;

(3) If Mr. Gomez wishes to submit reply papers, he shall do so by Monday, January 4, 2021.

The Clerk of Court is directed to mail a copy of this Order to Mr. Gomez and to the Government at the addresses listed below.

SO ORDERED.

Dated: New York, New York
November 16, 2020

    /s/ Denny Chin
DENNY CHIN
United States Circuit Judge
Sitting by Designation

To: Jamie Gomez
48323-054
United States Penitentiary Lee
PO Box 305
Jonesville, Virginia 24263-0305

Kiersten Ann Fletcher, Esq.
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007