UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :

       - against -         :                **<u>ORDER</u>**

JAIME GOMEZ,            :            99-CR-1048-2 (DC)
                                                 16-CV-5584 (DC)

                 Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On November 4, 2020, the Second Circuit granted Mr. Gomez's motion to file a successive § 2255 motion.  Dkt. No. 225.  On November 17, 2020 this Court issued a briefing schedule requiring the government to respond by December 10, 2020 and permitting Mr. Gomez to file reply papers by Monday, January 4, 2021.  ECF No. 227.  The Court ordered that a copy of the briefing schedule be sent to Mr. Gomez at his last known address at United States Penitentiary Lee, Jonesville, Virginia, and to the government.  *Id.*  The order was not delivered to Mr. Gomez and returned to Court.  The government filed its response on December 10, 2020.  Dkt. No. 232.  Accordingly, it is HEREBY ORDERED:

(1)     The deadline for Mr. Gomez's reply is extended to January 29, 2021.

(2)     The Clerk of Court is directed to mail a copy of this Order to Mr. Gomez to the updated address listed below.  The Clerk of Court is also directed to update Mr. Gomez's address on CM/ECF to the address listed below.

(3) The Clerk of Court is also directed to mail a copy of this Order to the Government at the addresses listed below.

SO ORDERED.

Dated:      New York, New York
            December 18, 2020

                                             ____/s/ Denny Chin_____
                                             DENNY CHIN
                                             United States Circuit Judge
                                             Sitting by Designation

To:    Jamie Gomez
       48323-054
       FCI Ray Brook
       128 Ray Brook Road
       Ray Brook, NY 12977

       Kiersten Ann Fletcher, Esq.
       United States Attorney's Office, SDNY
       One Saint Andrew's Plaza
       New York, NY 10007