UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| JAIME GOMEZ, | : | 99-CR-1048-2 (DC) |
| | | 16-CV-5584 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

        Defendant Jaime Gomez filed two requests to extend the deadline to file his reply to the government's opposition, and he also requests a bilingual attorney. Dkt. Nos. 242, 243. Accordingly, it is **HEREBY ORDERED** that the deadline for Mr. Gomez's reply is extended to **February 26, 2021**. Mr. Gomez's request for an attorney is **DENIED**. The Clerk of Court is directed to mail a copy of this Order to Mr. Gomez and to the Government at the addresses listed below.

        SO ORDERED.

Dated:    New York, New York
             January 29, 2021

                                                                                        /s/ Denny Chin_____
                                                                         DENNY CHIN
                                                                         United States Circuit Judge
                                                                         Sitting by Designation

To:    Jamie Gomez
48323-054
Federal Correctional Institution Ray Brook
PO Box 900
Ray Brook, New York 12977

Kiersten Ann Fletcher, Esq.
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007