UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :        **ORDER**

    - against -                :        99 Cr. 1048-2 (DC)
                                        08 Civ. 171 (DC)
JAMIE GOMEZ,                    :

        Defendant.         :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge**:

    By letter dated November 7, 2021 (Dkt. No. 263), defendant Jamie Gomez requests a copy of the criminal docket sheet showing the status of his pending Fed. R. Civ. P. 59(e) motion filed in July 2021. Defendant, however, has no pending motions.  The Court has also examined his civil docket, 08 Civ. 171 (DC), and found no pending motions there.  If Mr. Gomez would like the Court to consider the Rule 59(e) motion, he shall promptly mail to the Court a copy of the motion as well as proof of service and mailing in July 2021.

The Clerk of the Court is directed to mail copies of this order and the criminal and civil docket sheets to defendant at the address listed below.

SO ORDERED.

Dated: New York, New York
November 12, 2021

                                              s/Denny Chin
                                          DENNY CHIN
                                          United States Circuit Judge
                                          Sitting by Designation

To: Jamie Gomez, 48323-054
    F.C.I. Ray Brook
    P.O. Box 900
    Ray Brook, NY 12977