UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

                - v -                                    :                ORDER

JAIME NELSON GOMEZ,                         :                99 Cr. 1048-02 (DC)

              Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHIN, Circuit Judge:

        Defendant having moved *pro se* for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Dkt. No. 278), it is hereby ordered that the Government shall respond to the motion in writing on or before June 23, 2023. The Clerk of the Court shall mail a copy of this order to Mr. Gomez at the address listed below.

        SO ORDERED.

Dated:    New York, New York
            June 1, 2023

                                              DENNY CHIN
                                              United States Circuit Judge
                                              Sitting by Designation

To:      Jaime Nelson Gomez, Register No. 48323-054
           Federal Correctional Institution Ray Brook
           P.O. Box 900
           Ray Brook, NY  12977-0900